the outside of the cheese in question should not have been included in the dutiable weight.

**No. 41806.**—Protests 823867–G, etc., of Leo Feder & Son et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that the paraffin coating and twine on the outside of the cheese in question should not have been included in the dutiable weight.

**No. 41807.**—Protests 957001–G, etc., of A. & P. Packing Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 10, 1939

**No. 41808.**—Protest 78394–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41809.**—Protest 80889–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41810.**—Protest 82796–G of Kalil Akkoul (New York).

Opinion by TILSON, J. From the record it was found certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41811.**—Protest 98733–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. From the record it was found certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.